IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IKE NUNN,**
**ADC #152571**                                                             **PLAINTIFF**

v.                 Case No. 4:20-cv-1265-LPR-BD

**STATE OF ARKANSAS and**
**ADC**                                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Beth Deere. (Doc. 7). Mr. Nunn has not filed any objections, and the time for doing so has passed. After careful consideration of the Recommendation and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.[1]

Mr. Nunn's Complaint is DISMISSED without prejudice for failure to state a claim. The Court certifies that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915 and that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 7th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] In addition to what Judge Deere's Recommendation says, the Court also wants to note that the Original Complaint (Doc. 1), whether considered alone or in tandem with the Motion for Further Proceedings (Doc. 5), failed to state a viable claim. Moreover, the suit appears to be frivolous and in the realm of incoherent.