IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IKE NUNN,**
**ADC #152571**                                                                                         **PLAINTIFF**

V.                                    Case No. 4:20-cv-1265-LPR-BD

**STATE OF ARKANSAS and**
**ADC**                                                                                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an in forma pauperis appeal from this Judgment and the accompanying Order would not be in good faith. 28 U.S.C. §1915(a)(3).

IT IS SO ADJUDGED this 7th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE